JULIUS H. KAMERMAN, Respondent, v. WILLIAM B. CURTIS, Appellant. (Appeal No. 2.) — Judgment affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.; Martin, P. J., dissents.

JULIUS H. KAMERMAN, Respondent, v. WILLIAM B. CURTIS, Appellant. (Appeal No. 3.) — Order unanimously affirmed, with disbursements of the appeal to the respondent. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

BLACK KNIGHT CHINA, INC., Respondent, v. LONGCHAMPS, INC., and Others, Appellants.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion to dismiss the complaint granted, with leave to the plaintiff to serve an amended complaint within twenty days after service of order with notice of entry, on payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

WILLIAM RUSCHAK, Plaintiff, and JOHN RUSCHAK, Plaintiff, Appellant, v. SAMUEL R. ROSOFF, LTD., Respondent, Impleaded with Another, Defendant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.; O'Malley, J., dissents and votes to reverse and grant the motion.

FLORENCE MARIE KLINE, an Infant, by HELEN V. THOMPSON, Guardian of Her Person and Estate, Appellant, v. NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM, Defendant, Impleaded with IRENE BELLIZZI, Also Known as IRENE KLINE, Defendant, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

GUIDE ESCORT SERVICE, INC., a Domestic Corporation, Appellant, v. PAUL MOSS, License Commissioner of the City of New York, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ. [176 Misc. ——.]

MARY McCAFFREY and JAMES McCAFFREY, Appellants, v. JOSEPH STODEL, Defendant, Impleaded with ELKAN LIEMER, Respondent.— Order reversed, with costs and disbursements, and the verdicts reinstated. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.; Martin, P. J., and Townley, J., dissent and vote to affirm.

MICHAEL J. BAKOPOULOS and PHAROS AGENCY, INC., Respondents, v. BANK OF ATHENS TRUST COMPANY and Others, Appellants.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

KULENKAMPFF & COMPANY, Appellant, v. THE CITY OF NEW YORK, Respondent. — Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

BLANCA B. SINGER, Appellant, v. ERIC RICHARD SINGER, Respondent.— Order affirmed. The plaintiff's breach of the conditions of the judgment of divorce relieved the defendant from the obligation to make the payments provided for therein. We are further of the opinion that there has been an express waiver by the plaintiff of the alimony sought to be recovered herein and that the finding of the referee to the contrary is against the weight of the evidence. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.; Dore and Cohn, JJ. dissent and vote to reverse and grant the motion.